UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cr-20188-DPG

UNITED STATES OF AMERICA,

vs.

STUART LEWIS,

        Defendant.
_____/

### AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around June 2018 through in or around at least November 2019, Defendant STUART LEWIS ("Lewis" or the "defendant") knowingly and willfully conspired and agreed with Dennis Nobbe, in violation of Title 18, United States Code, Section 1349, to commit wire fraud, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344.

Stuart Lewis was a resident of Palm Beach County and a doctor of osteopathic medicine ("D.O.").

Dennis Nobbe was a chiropractor and the owner/operator of Dynamic Medical Services, a chiropractic clinic located in the Southern District of Florida.

Synchrony Bank Synchrony Bank ("Synchrony Bank") was a "financial institution" as the term "financial institution" is defined in Title 18, United States Code, Section 20. Synchrony Bank offered CareCredit, a credit network for financing health care expenses. Health care providers could apply to enroll in CareCredit and establish a merchant account. Health care providers approved by Synchrony to participate in the CareCredit program were known as "Professionals."

Consumers of health care services could apply for a CareCredit credit card to become a CareCredit Cardholder.

Beginning in or around June 2018, Lewis and Nobbe opened a CareCredit professional account under Lewis's name to intentionally disguise that Nobbe, not Lewis, was treating patients who enrolled in CareCredit. Lewis kept a percentage of the funds deposited into the account as a kickback in exchange for Lewis granting Nobbe access to use Lewis's CareCredit account. To execute this scheme, Lewis submitted an application to enroll as a CareCredit Professional, which required Lewis to agree that Cardholders would only be charged for costs incurred for services rendered within thirty days of charge; that Cardholders would only be charged for goods or care provided by or supervised by Lewis; and that Lewis or a member of his staff would inform Cardholders that CareCredit cards carried a deferred annual interest rate of 26.99%. Each of these terms was material to CareCredit. Lewis then allowed Nobbe to use Lewis's professional account to sign Nobbe's patients up for CareCredit cards. In contravention and violation of the CareCredit terms that Lewis agreed to, Nobbe routinely charged patients' CareCredit cards $2,000-$6,000 at once, purportedly for services that would be rendered months in the future, but that were often not provided at all. Patients regularly complained to CareCredit that they had been charged, through Lewis' Professional account, for services not rendered. Lewis provided copies of these complaints to Nobbe, who drafted responses for Lewis to submit to CareCredit, including false invoices which misrepresented that patients had been treated by Lewis.

When Nobbe charged a patient's CareCredit card, CareCredit would deposit, via interstate wire, the value of the charge, less a service fee, into Lewis' bank account. Lewis retained a portion of the net deposit as a kickback payment, and wired the rest to Nobbe. Between November 2018

and September 2019, Nobbe and Lewis caused CareCredit to deposit, via interstate wire, approximately $713,876 into a bank account controlled by Lewis. Lewis' personal profits from this arrangement totaled approximately $22,480.

Following patient complaints, Synchrony Bank terminated Lewis from the Care Credit program in September 2019.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 11/17/2020

By: _____
SARA CLINGAN
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 11/17/20

By: _____
STUART LEWIS
DEFENDANT

Date: 11/17/20

By: /s/ Adriana Collado-Hudak
ADRIANA COLLADO- HUDAK
DAVID M. KUBILIUN
COUNSEL FOR DEFENDANT