UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 20-20188-CR-GAYLES/TORRES

UNITED STATES OF AMERICA

vs.

STEWART LEWIS,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Defendant Stuart Lewis' Objections to Answers of Writ of Garnishment ("Motion") [D.E. 72]. The matter was referred to Chief Magistrate Judge Edwin G. Torres for a Report and Recommendation. [ECF No. 73]. After the Government filed its response to the Motion, [ECF No. 74], Judge Torres held an evidentiary hearing on October 31, 2022. On December 28, 2022, Judge Torres issued his Report and Recommendation ("Report"), recommending that Defendant's Motion be denied. [ECF No. 85]. For the reasons stated below, the Court affirms and adopts the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendant's Motions should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Chief Magistrate Judge Torres' Report [ECF No. 85] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Defendant Stuart Lewis' Motion [ECF No. 72] is **DENIED**; and

(3) The Government's right to garnish Defendant Stuart Lewis' proportionate share in each account in whole be **AFFIRMED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE